# EXHIBIT 1

# TAMU Student Organization Advisory Board

## Student Organization Funding Request

### Department of Student Activities
### John J. Koldus Building, Room 125
### Texas A&M University

**Please print or type:**

Name of Organization: Texas Aggie Conservatives

Category: Social and Political Issues          Number of Members 60

Student Organization Finance Center Account # 957-390

Current Account Balance: $1,392.74

Do you collect dues? yes          Amount per member: $20/year

Estimate Total Cost of Project or Operations: $6,800

Actual Request for Funds: $2,500

**Please describe the special need or purpose for this request.** (NOTE: These funds may be requested for special, one-time needs or for assistance with your annual operations budget. If this request is for assistance with your operations budget please attach a complete budget plan for the current academic year.)

The Texas Aggie Conservatives plan to host Star Parker on campus in February 2012 to speak on the issues of poverty, race, and social justice. Having lived in poverty for many years, Parker has a unique perspective on social justice and spreads the message that freedom, faith, and personal responsibility are of utmost importance for addressing the issues of race and poverty. See the attached pages for more information.

| FOR OFFICE USE: | APPROVED BY: |
|---|---|
| January 7, 2012<br>Date Received | _____<br>Department of Student Activities / Date |
| Received By:<br>[ ] | Funds may be used for the following:<br>*Not eligible - social issue - political group* |
| Approved Amount of Allocation | |
| Date Funds Transferred-SOFC | |

Provide a budget to indicate how the funds will be distributed. Include **ALL** costs (i.e. advertising, trave equipment, etc.) and **ALL OTHER SOURCES OF FUNDS** (i.e. membership dues, admission fees, donations, etc.). **ATTACH** a separate page if necessary.

See attached for detailed budget.

What other sources of revenue has your group pursued?

We are currently pursing private donations and grants from nonprofit organizations in order to partially fund this event.

What is your group doing to control cost?

See Attached

---

**REMINDERS:**

- All fund expenditures are limited to the purpose(s) for which they were allocated as indicated.
- Any money allocated, but not used **WILL** be returned to the Student Organizations' Funding Reserve.
- Student Organizations must be in good standing with the University and not be 30 days past due on any financial obligation to the University.

---

Marc Pitts

Print Name of Organization President

1800 Holleman Dr. Apt 103

Address

marc@aggieconservatives.org

E-Mail

*Marc Pitts*

Signature of Organization President

College Station, TX  77840

City/State/Zip

409-504-4484

Phone Number

Date 12/06/11

Toni Eubanks

Print Name of Organization Advisor

Environmental Health & Safety Office

Campus Address

toni@tamu.edu

E-Mail

*Jo E.*

Signature of Organization Advisor

4472

Mail Stop

845-6207

Phone Number

6-Dec-2011

Date

State law requires that you be informed of the following: (1) you are entitled to request to be informed about the information about yourself collected by use of this form (with a few exceptions as provided by law); (2) you are entitled to receive and review that information; and (3) you are entitled to have the information corrected at no charge to you."

# Texas Aggie Conservatives

# Funding Request for Star Parker Event

### Event Description

The Texas Aggie Conservatives plan to host Star Parker on campus in February 2012 to speak on the topics of poverty, race, and social justice. Many Texas A&M student can't relate to these issues, so it is important for students to have an opportunity to be exposed to ideas about how to achieve true social justice. Having lived in total poverty for many years, Parker has a unique perspective on social justice and spreads the message that freedom, faith, and personal responsibility are of utmost importance for addressing the issues of race and poverty in the United States.

The event will bring intellectual diversity to campus and will promote solutions for improving the lives of the impoverished in America. Through limited-government free-market solutions rather than expanded welfare programs, we can empower those in poverty to break free of government dependency in order to achieve greater equality. The event will discuss contemporary social problems in the United States and solutions for winning the war on poverty.

This event would be free and open to the public, all students, faculty, staff, and administrators; the primary audience would be Texas A&M students. There will be a 40 minute speech and a 25 minute question and answer period. The event will be held in Rudder Theatre. Based on past events, an attendance of 250-350 guests is a reasonable estimate for this event. Enclosed you will find a biography of Star Parker explaining the perspective she will bring to the event.

### Budget

We are budgeting a cost of $6,800 for this event. Our group has extensive experience at hosting successful speaker events on campus. A detailed budget is attached.

### Cost Control

To control costs, we will be prudent when purchasing event materials. We will price shop to ensure that we are getting the best deals for airfare and lodging arrangements. We have already negotiated with the speaker's agent to reduce the speaking fee by $2,000. All event preparation and marketing will be done by organization members, and only essential purchases will be made. Since this event is being planned exclusively by students, the total real costs of event planning will be much less than comparable speaking events hosted by Texas A&M.

### Star Parker Bio

Star Parker is a black leader, political activist and commentator, expert policy advisor, and the notable author of several bestselling books. She is the founder and president of CURE, the Center for Urban Renewal Education, a 501(c)(3) non-profit think tank which promotes market based public policy to fight poverty. Thanks to all of her hard work,

CURE has become the leading black conservative think tank in the country. The Clare Boothe Luce Policy Institute has honored her as one of the top 10 most influential conservative women in America.

She has an incredibly unique perspective on poverty and social justice. As a troubled teenager, she was arrested several times for shoplifting. In adulthood, she experienced soul-crushing poverty as a single, unemployed welfare mother in Los Angeles, California. Before becoming a Christian, she also had four abortions.

Parker was determined to work her way out of poverty. She would not accept failure under any circumstances. After receiving a Bachelor of Science degree in Marketing and Business, she began giving speeches about her experiences. No one understands better that the welfare state leads to government dependency and keeps people trapped in poverty. For that reason, Parker has always been an outspoken advocate of welfare reform and free market initiatives that will empower the poor.

In addition, she has advocated for health care reform in order to improve the efficiency of the system. Lower health care costs would improve the well-being of everyone, especially the poor. School choice is also a top priority. It would provide inner city children with better opportunities for success, rather than forcing them to attend the same run-down public schools.

Faith has played a tremendous role in her success and has helped shape her life. Stable families and strong moral values are the key to ending poverty. Rampant abortion and the breakdown of the family have really hurt American communities. The troubles in inner city areas are only a reflection of the wider decay in American culture. Even though she had several abortions in the past, Parker has become a pro-life supporter and leading advocate of traditional values.

Emphasizing personal initiative, faith, and responsibility, she explains how to release the hold that poverty has over people. Above all, Star Parker advocates faith-based initiatives that can transform the culture, eliminate the problems associated with poverty, and save people from destructive paths.

# Texas Aggie Conservatives

*Speaking Event Budget*

December 1, 2011

## Event Budget for *Star Parker Speaker Event*

| Venue | Estimated | Actual |
|---|---|---|
| Rudder Theater Fees | $600.00 | |
| Security (included in Theater Fee) | | |
| | | |
| | | |
| Total | $600.00 | $0.00 |

| Marketing | Estimated | Actual |
|---|---|---|
| Fliers | $50.00 | |
| Handouts/ Pushcards | $200.00 | |
| Facebook | $100.00 | |
| Paid Advertising | $100.00 | |
| Other | | |
| Total | $450.00 | $0.00 |

| Program | Estimated | Actual |
|---|---|---|
| Speaker Honorarium | $4,000.00 | |
| Dinner | | |
| Other | | |
| Total | $4,000.00 | $0.00 |

| Speaker Expenses | Estimated | Actual |
|---|---|---|
| Hotel | $200.00 | |
| Food | $50.00 | |
| | | |
| | | |
| Total | $250.00 | $0.00 |

| Travel | Estimated | Actual |
|---|---|---|
| Airfare | $450.00 | |
| Limo/ground transportation | | |
| Parking | | |
| Other | | |
| Total | $450.00 | $0.00 |

| Other | Estimated | Actual |
|---|---|---|
| Books for attendees | $500.00 | |
| Group Dinner with Speaker | $300.00 | |
| Unforseen Expenses | $250.00 | |
| | | |
| | | |
| Total | $1,050.00 | $0.00 |

| Total Speaker Cost | (Program/ Expenses/ Travel) | |
|---|---|---|
| Speaker Fee | $4,000.00 | $0.00 |
| Speaker Expenses | $700.00 | $0.00 |
| | $4,700.00 | $0.00 |

| Total Expenses | Estimated | Actual |
|---|---|---|
| | $6,800.00 | $0.00 |

### Estimated Cost Breakdown



Other 15%, Venue 9%, Marketing 6%, Program 59%, Speaker Expenses 4%, Travel 7%

### Estimated vs. Actual



Categories: Venue, Marketing, Program, Speaker Expenses, Travel, Other. Legend: Estimated, Actual.

# Texas Aggie Conservatives

## Event Budget for *Star Parker* : INCOME

### Admissions

| | Estimated | Actual | | Estimated | Actual |
|---|---|---|---|---|---|
| Students @ | 250 | | | $0.00 | $0.00 |
| Non-students @ | 50 | | | $0.00 | $0.00 |
| Other @ | 0 | | | $0.00 | $0.00 |
| | | | | **$0.00** | **$0.00** |

### Texas Aggie Conservatives

| | Estimated | Actual | | Estimated | Actual |
|---|---|---|---|---|---|
| Private Donations - Unrestricted | Many | 0 | Various | $2,000.00 | $0.00 |
| Private Donations - For Event | Many | 0 | Various | $2,000.00 | $0.00 |
| Other @ | 0 | 0 | | $0.00 | $0.00 |
| | | | | **$4,000.00** | **$0.00** |

### Grants

| | Estimated | Actual | | Estimated | Actual |
|---|---|---|---|---|---|
| Student Activities @ | 1 | | $2,500.00 | $2,500.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | **$2,500.00** | **$0.00** |

### Sale of items

| | Estimated | Actual | | Estimated | Actual |
|---|---|---|---|---|---|
| Dinner Seats Items @ | 6 | | $50.00 | $300.00 | $0.00 |
| Items @ | | | | $0.00 | $0.00 |
| Items @ | | | | $0.00 | $0.00 |
| Items @ | | | | $0.00 | $0.00 |
| | | | | **$300.00** | **$0.00** |

### Total Income

| Estimated | Actual |
|---|---|
| $6,800.00 | $0.00 |