# EXHIBIT 2

**From:** "Sweeney, Tim" <tim@███████████
**Date:** February 13, 2012 16:24:31 CST
**To:** Marc Pitts <marc@███████████████
**Subject: RE: Student Organization Finance Request**

Hi Marc,

The committee met today and because your organization is categorized under "Social Issues and Political organizations" the guidelines clearly state that your group would not be eligible for that funding. However, the SACT department allocation of $500 still stands. Have you made contact with our accounting people to process those funds yet?

Thank you,

Tim

Tim Sweeney

Associate Director

Department of Student Activities

███████

Texas A&M University

██████

████████

tim@██████████████

*Education in Action*

**From:** Marc Pitts [mailto:marc@███████]
**Sent:** Monday, February 13, 2012 3:01 PM
**To:** Sweeney, Tim
**Subject:** Student Organization Finance Request

Dear Mr. Sweeney,

I was wondering about the Student Organization Finance Request that I turned in towards the end of December. I'd like to know what decision was made regarding our request for the Star Parker event. Was it denied? We need a final decision in order to properly budget for this event. Please let me know by the end of Thursday.

Sincerely,

Marc Pitts '13
Chairman
Texas Aggie Conservatives