# EXHIBIT 3

From: **Lewis, Linda** <llewis@▮▮▮
Date: Mon, Feb 27, 2012 at 4:35 PM
Subject: Texas Aggie Conservatives - Denial of Special Funding Request
To: "marc@▮▮▮ <marc@▮▮▮ "toni@▮▮▮ <toni@▮▮▮
Cc: "hutkake@▮▮▮ <hutkake@▮▮▮ "Sweeney, Tim" <tim@▮▮▮

Mr. Pitts,

Thank you for your recent application for funding. As you may be aware not all recognized student organizations are eligible for this funding. Unfortunately, we have been informed that the Texas Aggie Conservatives are not eligible for these funds. The Association of Former Students provides the restricted funding for the Student Organization process and their guidelines assert that the funds cannot be approved for recognized organizations with a classification of social and political issues.

If you have any questions, please feel free to contact me at ▮▮▮.

Best wishes in your future endeavors.

Sincerely,

Tim Sweeney

Associate Director, Student Activities

Tel. ▮▮▮

tim@▮▮▮