# EXHIBIT 4

# 41. Student Organizations

(Revised: 2009)

41.1 Student organizations may be officially recognized when formed for purposes that are consistent with the philosophy and goals that have been developed for the creation and existence of Texas A&M University. Approval for recognition is granted by the Vice President for Student Affairs through the Director of Student Activities. In order to be recognized and to retain official recognition, student organizations must meet certain requirements. Student organizations complying with the following conditions shall enjoy the privileges associated with the status of being officially recognized by the university including use of university name, university facilities for meetings, university logo and trademarks, and university property for concessions. To be recognized and/or maintain their recognized status, student organizations must:

    41.1.1 Have an approved faculty or staff advisor, employed at a level consistent with the categorization of the organization (as defined in the "Acknowledgement of Student Organization Advisor Expectations"), who should disseminate information contained in the Student Rules to the recognized student organization.

    41.1.2 File an annual request for official recognition with the Department of Student Activities. An organization's annual recognition cycle should begin in the month that the organization elects or selects leadership, as defined by the organization's constitution. Each organization should provide: signatures of the university advisor and the student officers authorized to withdraw money; the names and contact information of all advisors and officers of the group; and a current constitution and by-laws that comply with the provisions outlined in the Student Organization Manual. Any changes to the organization's constitution and by-laws shall be submitted to the Department of Student Activities in a timely manner.

    41.1.3 Deposit and withdraw all funds of the organization in the Student Organization Finance Center and/or with the University Fiscal Department. All funds must be deposited no later than the next business day after collection. The organization's advisor must approve and sign each expenditure before payment.

    41.1.4 Avoid duplication of purposes, goals and activities with other organizations.

    41.1.5 Be open in its membership unless otherwise permitted under applicable federal law.

    The aforementioned criteria are minimum requirements set for the recognition of student organizations. Organizations may choose to set higher standards for membership including higher officer grade point requirements, higher membership grade point requirements, etc.

41.2 Students selected, elected or appointed as officers (an officer is an individual in a leadership position as defined in the organization's constitution) in officially recognized student organizations shall:

    41.2.1 Have a minimum cumulative and semester grade point ratio (GPR) as stated below and meet that minimum cumulative and semester GPR in the semester immediately prior to the

election/appointment, the semester of election/appointment and semesters during the term of office.

> 41.2.1.1  For undergraduate students, the minimum cumulative and semester GPR is 2.00. In order for this provision to be met, at least six hours (half-time credits) must have been taken for the semester under consideration. In one limited circumstance, summer semester hours may be applied to this provision. In order for summer coursework to qualify toward a grade point ratio prior to election/appointment, at least six credit hours must have been taken during the course of either the full or two summer session(s).
>
> 41.2.1.2  For graduate level students the minimum cumulative and semester GPR is a 3.00. In order for this provision to be met, at least four hours (half-time credits) must have been taken for the semester under consideration.  In one limited circumstance, summer semester hours may be applied to this provision. In order for summer coursework to qualify toward a grade point ratio prior to election/appointment, at least four credit hours must have been taken during the course of either the full or two summer session(s) unless fewer credits are required as they complete the final stages of their degree.

41.2.2 Be in good standing (see 27.1.4) with the university and enrolled:

> 41.2.2.1  at least half time (six or more credit hours), if an undergraduate student (unless fewer credits are required to graduate in the spring and fall semesters) during the term of office. Students enrolled in the Blinn TEAM program are also eligible to hold an office, as long as the student is meeting all applicable Blinn TEAM requirements and is in good standing with the program.
>
> 41.2.2.2  at least half time (four or more credits), if a graduate level student (unless fewer credits are required in the final stages of their degree as defined by the Continuous Registration Requirement) during their term of office.

41.2.3 Be ineligible to hold an office should the student fail to maintain the requirements as prescribed in 41.2.1 and 41.2.2.

41.3 Student religious organizations desiring to operate on campus are subject to all rules pertaining to other student organizations. Recognized student religious organizations are not eligible for financial support from the university.

41.4 Student organizations and their advisors are responsible for compliance with university student rules and state and federal laws.

41.5 More information and guidelines concerning recognized student organizations are available in the Student Organization Manual.

41.6 Actions of recognized student organizations are subject to review. Failure to abide by the University Student Rules may result in organizational disciplinary hearings by the director of student activities or his or her designate. Sanctions may range from documented verbal reprimand through revocation of recognition privileges. Sanction procedures are outlined in the Student Organization Manual.

41.7 The Department of Student Life in cooperation with the Department of Student Activities establishes the process for hearing cases brought against fraternities and sororities who are members

of the Interfraternity Council, Collegiate Panhellenic Council, National Pan-Hellenic Council and Multicultural Greek Council.

41.8 Minors who are not students at Texas A&M University are ineligible for membership and may not participate in regular activities of the Texas A&M University recognized student organizations. Exception: Minors who are dependents of Texas A&M University students, faculty or staff members will be allowed to participate in club activities if their parents: (a) are members of the student organization; (b) are in attendance while minor dependents are participating; and (c) are willing to accept responsibility for accidents and injuries to minors while participating.



Office of the Dean of Student Life • Cain Hall 1257 TAMU • Texas A&M University • College Station, TX 77843-1254 Phone: (979) 845-3111 Fax: (979) 845-6138 E-mail: studentlife@tamu.edu

Copyright © 2012 Office of the Dean of Student Life, Texas A&M University. All Rights Reserved.
Powered by Drupal Content Management • Hosted by the Department of IT, Division of Student Affairs