# EXHIBIT 5

Student Activities

Education in Action at Texas A&M University

Home » Forms & Resources » Organization Manual »

# Recognition of Student Organizations

- How to Start a New Student Organization
- Operations Manuals
- Classifications and Categories of Student Organizations
- Responsibilities of Student Organizations
- Privileges of Student Organizations
- Advisors

## How to Start a New Student Organization

The Department of Student Activities has implemented the following process in order to appropriately assess the request for recognition and to allow the organization the opportunity to participate in the recognition process. The follow steps will need to be taken:

1. Attend a New Student Organization Informational through Student Activities.
2. Complete and submit an Application for Recognition of New Student Organization through the StuAct Online system at http://studentactivities.tamu.edu/online.
3. Submitted application and any supporting items will be reviewed by appropriate staff members in the Department of Student Activities.  Only complete application packets will be accepted.
4. Student Activities staff may request additional information or a meeting with students to discuss the organization mission, purpose, and/or activities.  In order to proceed with the application review process, we must receive a response within one month.
5. Applications are reviewed for unique mission and purpose "that are consistent with the philosophy and goals that have been developed for the creation and existence of Texas A&M University" (Student Rule 41) http://student-rules.tamu.edu/rule41.  Student organizations that are approved to begin the recognition process will be assigned a classification as either sponsored, affiliated, or registered (based on mission/purpose) and categorization (based on risk assessment), and may be assigned enhanced expectations depending on the proposed activities of the organization.
6. Upon approval, student leaders will receive electronic confirmation and further instructions for beginning the student organization recognition process.  This process includes attending an Officer Orientation Seminar, finding an advisor then completing the online Advisor Training, and submitting documentation.  Failure to complete the recognition process within sixty (60) days of being approved will affect your organization's recognition status.

## Operations Manuals

Operations manuals are strongly suggested for student organizations, and may be required as enhanced expectations for high-risk student organizations during the recognition process.  An operations manual serves as a resource for any member of your organization who is planning an organizational event or activity, or who is making a decision that might impact the organization.  It also serves as an important record of the guidelines, procedures, and expectations set by your organization, making it a very effective tool for training and transitioning new leaders.

Although operations manuals will vary in content based on the unique needs of each student organization, basic components that are standard for an "ops manual" include:

- Governing Documents, such as your mission statement, constitution, and goals.
- Officer Information, such as job descriptions, organizational structure, and procedures for transition.
- Advisor Information, such as expected role and responsibilities and the Advisor Agreement Letter.
- Standard Operating Procedures, such as membership standards, discipline procedures, publicity guidelines, and financial plans.
- Risk Management Plans, such as event planning procedures, safety guidelines, and relevant Texas A&M student rules.
- Organizational History, such as past calendars, event evaluations, and financial records.
- Appendix of Forms, such as travel forms, waivers, membership applications, and event planning forms.
- Link to umbrella/national organization, if applicable.

 For more information about operations manuals, please visit http://studentactivities.tamu.edu/files/draftopsmanual_0.pdf.

## Classifications and Categories of Student Organizations

Each student organization granted recognition by Texas A&M University first receives a classification based on its mission and purpose.  These classifications include:

- Academic
- Arts and Culture
- Campus Service

- Community/Volunteer Service
- Cultural/International
- Enthusiasts
- Global Service
- Greek Life
- Healthy Living
- Honor
- Military
- Professional/Career
- Recreation
- Religious
- Residence Halls
- Social and Political Issues
- Special Interests
- Spirit and Tradition
- Sport Clubs
- Student Government

Each student organization granted recognition by Texas A&M University is also categorized as sponsored, affiliated, or registered. This categorization is determined by assessing the student organization's relationship to the university, the scope and complexity of its activities, and the perceived potential risk to participants and the university. The privileges and responsibilities associated with each type of recognized student organization are outlined below.

**Sponsored Organizations**

Sponsored organizations are those considered critical to the mission and culture of the university. These organizations are inherently linked to the university because of their role in representing TAMU or in presenting events that are considered an integral part of the institution. Sponsored organizations routinely present events for the campus and broader community, and typically have a close relationship with a university department or office. The activities and events of these organizations are considered to involve a higher level of complexity because of their scope and perceived association with the university.

In addition to the university resources available to all recognized student organizations, sponsored organizations shall have:

- A full-time professional staff member whose job description designates them as the primary advisor to the sponsored organization.
- Designated office or workspace provided by the university.
- Access to funding from university revenues and student fees.
- A university fiscal account and accounting staff support.
- Priority consideration for reserving university facilities, such as meeting rooms.
- Cursory review of contracts by the TAMU Contracts Office.
- Benefits for student leaders, such as opportunities for regular interaction with the Vice President for Student Affairs and other key administrators, the opportunity to apply for reserved garage parking as available, and appointment to university committees.
- Priority consideration for participation in university publications and new student conferences.

In addition to the responsibilities of all recognized student organizations, sponsored organizations must also meet the following expectations:

- Sponsored organizations routinely present events for the campus and broader community, and are expected to work closely with the appropriate university department or office in the planning of these events.
- Each sponsored organization must designate a risk management officer to serve as a member of the organization's executive team. This officer is responsible for developing and maintaining an operations manual for the organization, which must be reviewed at least annually by the Department of Student Activities.
- Sponsored organizations may be required to carry liability insurance to cover membership and events as deemed appropriate by university review.
- Officers of sponsored organizations must complete student leader training on topics in the areas of pre-event planning, accountability, and organizational development. It is currently estimated that this training will take 8-12 hours over the course of a year.
- Advisors to sponsored organizations will also complete advisor training as outlined in the Advisor Agreement Letter.
- Sponsored organizations that serve as governing bodies for affiliated or registered organizations are responsible for providing appropriate levels of support and oversight for these organizations.

**Affiliated Organizations**

Affiliated organizations are those that contribute to the mission and culture of the university by routinely presenting events for their members and invited guests. These organizations are often housed within or connected to larger sponsored organizations. The activities and events of these organizations are considered to involve a moderate level of complexity due to their nature and/or scope.

In addition to the university resources available to all recognized student organizations, affiliated organizations may have the option to:

- Select their own advisor in cooperation with the Department of Student Activities. This person must be a full-time university employee who possesses the skills and/or training necessary to advise the organization.
- Receive increased consideration for funding and space allocation requests.

In addition to the responsibilities of all recognized student organizations, affiliated organizations must also meet the following expectations:

- Prior to hosting events targeting the campus or broader community, it is the responsibility of affiliated organizations to develop an event plan and review it with the organization's advisor and the Department of Student Activities or other designated university department.
- Affiliated organizations will be assessed during the recognition process to determine whether the organization must meet additional requirements, such as developing an operations manual and/or carrying additional liability insurance.
- The organization is responsible for complying with any conditions, stipulations, or restrictions placed on its recognition.
- Officers of affiliated organizations must complete student leader training on topics in the areas of pre-event planning, accountability, and organizational development. It is currently estimated that this training will take 4-6 hours over the course of a year.
- Advisors to affiliated organizations will also complete advisor training as outlined in the Advisor Agreement Letter.
- Affiliated organizations connected to sponsored organizations are responsible for complying with any rules, procedures, and expectations established by the sponsored organization.

### Registered Organizations

Registered organizations are those that are consistent with the mission and culture of the university and primarily present events limited to their membership. These organizations are primarily interest groups capable of functioning with minimal support from or interaction with the university. The activities and events of these organizations are considered to involve a lower level of complexity due to their limited scope.

In addition to the university resources available to all recognized student organizations, registered organizations may:

- Select their own advisor, who may be a faculty member, professional or associate staff member, or graduate assistant.

In addition to the responsibilities of all recognized student organizations, registered organizations must also meet the following expectations:

- Prior to hosting events beyond the membership of the organization, it is the responsibility of these organizations to develop an event plan and review it with the organization's advisor and the Department of Student Activities.
- Registered organizations will be assessed during the recognition process to determine whether the organization must meet additional requirements, such as developing an operations manual and/or carrying additional liability insurance.
- The organization is responsible for complying with any conditions, stipulations, or restrictions placed on its recognition. Officers of registered organizations must complete student leader training on topics in the areas of event planning, accountability, and organizational development. It is currently estimated that this training will take 3-4 hours over the course of a year.
- Advisors to registered organizations will also complete advisor training as outlined in the Advisor Agreement Letter.

Finally, some organizations fall under the umbrella of a "Batch Group" affiliated with specific departments on campus.  Batch groups receive their own specific trainings throughout the year.  Examples of batch groups include organizations also recognized by the Department of Greek Life or the Corps of Cadets.

## Responsibilities of Student Organizations

The privileges of becoming a recognized student organization at Texas A&M University are not extended without careful consideration. Once recognized, an organization may associate with Texas A&M University; therefore, the events and activities presented by the organization should accurately and positively reflect the mission and purpose of the university, as well as the rules and standards of the institution. The recognition process requires action by both student leaders and the university. As such, this process creates a mutually beneficial relationship between student organizations and the university. There are four main goals of the recognition process:

1. To establish an on-going relationship with newly elected student leaders and newly appointed advisors.
2. To provide resource information to student leaders and advisors.
3. To make student leaders aware of expectations, rules, responsibilities, and enhanced expectations of student leaders, student organizations, and their advisor.
4. To gather information from student organizations within a reasonable timeframe.

In order to reach these goals, be recognized and retain official recognition, student organizations must meet certain expectations. These expectations include:

- Applying for and achieving university recognition annually through the Department of Student Activities.
- Adhering to all municipal, state, and federal laws, the Texas A&M University Student Rules (http://student-rules.tamu.edu), and all university rules and procedures.
- Remaining in good standing with the university, including full compliance with any conditions, stipulations, or restrictions placed upon organizational recognition.

- Keeping the Department of Student Activities informed of changes to organizational leadership or governing documents in a timely fashion.
- Demonstrating respect for the university community and other student organizations.
- Operating in a manner consistent with the mission and goals of the university and the governing documents of the organization.
- Consulting with the appropriate university departments, offices, or representatives when planning large, unusual, or potentially complex events.
- Ensuring continuity in leadership from year to year by training newly selected leaders and maintaining good records.
- Establishing and communicating appropriate advisor expectations.

## Privileges of Student Organizations

There are a number of benefits that come from being a recognized student organization at Texas A&M.  These benefits are not afforded to non-recognized organizations or individual students.  Some of the privileges of recognized student organizations include:

- Association with Texas A&M University, including the ability to incorporate the name of the university into the name of the organization and the ability to use university logos and trademarks for organizational needs or products (please see the Office of Collegiate Licensing for more information).
- A free web site with 20 MB of memory and a free e-mail address for the organization, as well as the support of IT specialists who work within the Division of Student Affairs.
- Access to permits for sandwich boards on campus.
- Access to concessions permits to reserve space for the sale or distribution of items.
- Access to free banking services at the Student Organization Finance Center (SOFC).
- Eligibility to apply for office, cubicle, or storage space for the organization.
- Use of university facilities and priority use of campus space.
- Eligibility to apply for special funding for student organization events and risk initiatives.
- Resources and support from staff members in the Department of Student Activities.

## Advisors

**Recruiting an Advisor**

Before approaching a potential advisor, keep in mind the following:  a) find someone who will have the time to devote to your organization, b) find someone who will take the role willingly and seriously, and c) find someone who has knowledge or skills related to the mission and purpose of your organization.  Make sure that a potential advisor has a clear understanding of the organization's mission, activities, and your expectations for his/her duties and time commitment.  Allow the person a reasonable length of time to consider his/her decision.

**Role of Advisors**

Under the tenets of the Facilitator University Model, advisors work collaboratively with students sharing responsibility for the organization and its events.  Be open to suggestions and criticisms that your advisor may provide, as his/her knowledge and experience will help in exploring solutions and implementing organizational procedures.  Discuss your expectations for each other, and set up regular meetings about the organization's activities and events.  Here are some additional points about the role and practices of student organization advisors:

- Advisors are trained and knowledgeable about the student rules related to student organizations, and are great resources about policies and procedures.
- Advisors should have access to the guiding documents and policies for the student organization.  Make sure your advisor has an updated copy of your constitution and operations manual.
- Advisors are trained to report and follow up on any discipline issues for the organization and/or its members.
- Advisors are here to support and guide your organization, empowering you to make fair, intelligent, and reasonable decisions based on the information and guiding boundaries at your disposal.

The key point is to work collaboratively with your advisor to encourage organization success and rewarding experiences for all.

**Department of Student Activities • 125 John J. Koldus Building • 1236 TAMU • College Station, TX 77843-1236**
Phone: (979) 845-1133 • Fax: (979) 847-8854 • E-mail Us

   Live Chat

Copyright ©2007-2012 Student Activities, Texas A&M University. All Rights Reserved.
StuAct Online is powered by a custom framework that includes third-party libraries. For more information, visit this page.
Texas A&M University Home • Accessibility • Security & Privacy Policy • Terms of Use • About StuAct Online