# EXHIBIT 6

## Student Activities
### Education in Action at Texas A&M University

Home » Forms & Resources » Organization Manual »

# Finances

- Student Organization Finance Center
- Tax Information
- Funding

## Student Organization Finance Center

The Student Organization Finance Center (SOFC) offers numerous services for depositing funds and purchasing items or services, including checks, cash advances, reimbursements, and money transfers between accounts. The SOFC website contains excellent information about these services and sample forms for your reference. Please see http://studentactivities.tamu.edu/sofc/howto for a list of "how-to's" related to purchasing.

The SOFC also produces several tip sheets related to cash handling, issuing checks, reconciling cash advances, account balancing, on-campus purchases, travel purchases, money transfers within your account, money transfers to other accounts, and payment for contracts. Please see http://studentactivities.tamu.edu/sofc/tipsfaqs for links to all of these helpful documents.

The SOFC staff members are also available to provide assistance with the fundraising and sales for your organization. A night deposit box is available for after-hours deposits of funds raised, and students can access the drop boxes in the MSC or on West Campus. Student organizations can also borrow lock boxes and/or secure bags to contain their funds during events. For more information about these and other services provided by the SOFC, visit http://studentactivities.tamu.edu/sofc/services.

Finally, keep your eyes out for information about educational opportunities with the SOFC. Additional trainings are available for interested students, and staff members are available for consultation about record-keeping and effective budgeting practices.

## Tax Information

According to House Bill 596 from the 74th Regular Session, recognized student organizations of state universities are exempt from paying sales tax on items purchased for resale. They are also exempt from collecting sales tax on items sold if their gross sales are less than $5,000 in a calendar year and they sell only 1 day per month (but please note that a sales tax permit is required when gross sales exceed $5,000 annually). Student organizations must pay sales tax on items purchased that are not intended for resale unless application has been made and approved by the Internal Revenue Service deeming the organization a not-for-profit organization under Code 501[c]3. For more information and further contacts about your organization's tax status, please visit http://studentactivities.tamu.edu/sofc/taxinfo.

## Funding

The Department of Student Activities offers two types of funding opportunities for student organizations. Detailed information and application forms for these funds can be located at http://studentactivities.tamu.edu/sofc/funding.

**Student Organization Funding**

All organizations except religious, MSC, political/social issues, and sports organizations can apply for Student Organization Funding for their special events or annual operations. These funds are donated by The Association of Former Students. Applications are reviewed every two weeks by a committee of staff and students, and you may be asked to schedule a meeting with the Funding Committee to discuss your request. To download the request form and view more information about the procedure and limitations on this funding, see http://studentactivities.tamu.edu/sofc/studentorganizationfunding.

**Risk Initiative Funding**

All organizations in good standing with the university are eligible to apply for Risk Initiative Funding to help support the costs of their events or initiatives specifically related to risk management. These funds are also donated by The Association of Former Students. Applications are reviewed within 10 business days of receipt, and you may be asked to provide further information with the Risk Management team to clarify your initiative or budgeting procedures. To download the request form and view more information about the procedure and limitations on this funding, see http://studentactivities.tamu.edu/sofc/riskinitiativefunding.

---

**Department of Student Activities • 125 John J. Koldus Building • 1236 TAMU • College Station, TX 77843-1236**          Live Chat
Phone: (979) 845-1133 • Fax: (979) 847-8854 • E-mail Us

Copyright ©2007-2012 Student Activities, Texas A&M University. All Rights Reserved.
StuAct Online is powered by a custom framework that includes third-party libraries. For more information, visit this page.
Texas A&M University Home • Accessibility • Security & Privacy Policy • Terms of Use • About StuAct Online