# EXHIBIT 7

## Student Activities

### Education in Action at Texas A&M University

Home » Our Areas » Accounting & Business Services » SOFC » Funding »

# Student Organization Funding

## Funding Request Process

The Student Organization Advisory Board in conjunction with the Department of Student Activities and The Association of Former Students has established a limited supplemental funding pool for assisting Recognized Student Organizations and their activities. Due to the limited availability of these funds an application/evaluation process has been established involving a sub committee of the Student Organizations Advisory Board. These requests will be reviewed on a bi-weekly basis so applications should be submitted 14 days in advance of the event to receive full consideration.

The following requirements also apply:

## Eligibility

Recognized Student Organizations may request Student Organization Funding if:

- Your organization is in good standing with the University and not 30 days past due on any financial obligation to the University.
- Your organization is NOT in one of the following categories:
  - Religious
  - Social and Political Issues
  - Sports Clubs
  - MSC Organizations
  - Health Science Center

Funds may be requested for two purposes: Special Event Funding or Annual Operational Funding. Please indicate which funding purpose your organization will be applying for.

## Source of Funds

The money is a donation from The Association of Former Students.

## Application Process

- **Download Student Organization Funding Request Form (PDF)**

The Student Organization Advisory Board has determined that all eligible student organizations may submit Student Organization Funding applications any time during the year.

- Complete a Student Organization Funding request form and submit it to the Department of Student Activities (Please indicate if this is a request for annual operations or a special need).
- Applications are reviewed every two weeks by a committee of staff and students.
- You may be asked to schedule a meeting with the Funding Committee to discuss your request.
- You will receive a letter stating your final allocation within one month after the submission of your request.

## Restrictions

- Funds must be used for the purpose for which they were allocated as indicated. Funding shall not be used to pay for food, clothing, gifts, awards, honorariums, etc.
- Any money allocated, but not used by August 15 WILL be returned to the Student Organization Funding Reserve, administered by the Department of Student Activities.
- After the event has occurred or your funding has been expended, the organization should provide the Department of Student Activities with a written explanation of how the money was used to benefit the student organization and the students of Texas A&M.

**Department of Student Activities • 125 John J. Koldus Building • 1236 TAMU • College Station, TX 77843-1236**
Phone: (979) 845-1133 • Fax: (979) 847-8854 • E-mail Us          Live Chat

Copyright ©2007-2012 Student Activities, Texas A&M University. All Rights Reserved.
StuAct Online is powered by a custom framework that includes third-party libraries. For more information, visit this page.
Texas A&M University Home • Accessibility • Security & Privacy Policy • Terms of Use • About StuAct Online