# EXHIBIT 8

**TAMU Student Organization Advisory Board**
# Student Organization Funding Request Process

The Student Organization Advisory Board in conjunction with the Department of Student Activities and The Association of Former Students has established a limited supplemental funding pool for assisting Recognized Student Organizations and their activities. Due to the limited availability of these funds an application/evaluation process has been established involving a sub committee of the Student Organizations Advisory Board. These requests will be reviewed on a bi-weekly basis so applications should be submitted **14 days in advance** of the event to receive full consideration.

The following requirements also apply:

## Eligibility

Recognized Student Organizations may request Student Organization Funding if:
- Your organization is in good standing with the University and not 30 days past due on any financial obligation to the University.
- Your organization is categorized as:

    | | |
    |---|---|
    | Academic | Hometown |
    | Campus Service | Honor |
    | Community Service | Military |
    | Cultural/International | Performing and Visual Arts |
    | Fraternities/Sororities | Special Interests |
    | Student Government | Spirit and Tradition |
    | Health and Recreation | |

Please Note: religious, MSC, Political and Social Issues, Sports, and Health Science Center organizations are INELIGIBLE for this type of funding.

Funds may be requested for two purposes:
- Special Event Funding or Annual
- Operational Funding

Please indicate which funding purpose your organization will be applying for.

## Source of Funds

The money is a donation from The Association of Former Students.

## Application Process

The Student Organization Advisory Board has determined that all eligible student organizations may submit Student organization Funding applications any time during the year.

- Complete a Student Organization Funding request form and submit it to the Department of Student Activities (Please indicate if this is a request for annual operations or a special need).
- Applications are reviewed every two weeks by a committee of staff and students.
- You may be asked to schedule a meeting with the Funding Committee to discuss your request.
- You will receive a letter stating your final allocation within one month after the submission of your request.

## Restrictions

- Funds must be used for the purpose for which they were allocated as indicated. Funding shall not be used to pay for food, clothing, gifts, awards, honorariums, etc.
- Any money allocated, but not used by August 15 WILL be returned to the Student Organizations' Funding Reserve.
- After the event has occurred or your funding has been expended, the organization should provide the Department of Student Activities with a written explanation of how the money was used to benefit the student organization, and the students of Texas A&M.

# TAMU Student Organization Advisory Board

## Student Organization Funding Request

**Department of Student Activities**
**John J. Koldus Building, Room 125**
**Texas A&M University**

### Please print or type:

Name of Organization:

Category:                                             Number of Members

Student Organization Finance Center Account #

Current Account Balance:

Do you collect dues?                Amount per member:

Estimate Total Cost of Project or Operations:

Actual Request for Funds:

**Please describe the special need or purpose for this request.** (**NOTE:** These funds may be requested for special, one-time needs or for assistance with your annual operations budget. If this request is for assistance with your operations budget please attach a complete budget plan for the current academic year.)

| **FOR OFFICE USE:** | **APPROVED BY:** |
|---|---|
| _____ | _____ |
| Date Received | Department of Student Activities / Date |
| _____ | Funds may be used for the following: |
| Received By: | |
| | _____ |
| Approved Amount of Allocation | _____ |
| _____ | _____ |
| Date Funds Transferred-SOFC | |

Provide a budget to indicate how the funds will be distributed. Include **ALL** costs (i.e. advertising, trave equipment, etc.) and **ALL OTHER SOURCES OF FUNDS** (i.e. membership dues, admission fees, donations, etc.). **ATTACH** a separate page if necessary.

What other sources of revenue has your group pursued?

What is your group doing to control cost?

---

**REMINDERS:**

- All fund expenditures are limited to the purpose(s) for which they were allocated as indicated.
- Any money allocated, but not used **WILL** be returned to the Student Organizations' Funding Reserve.
- Student Organizations must be in good standing with the University and not be 30 days past due on any financial obligation to the University.

---

Print Name of Organization President        Signature of Organization President

Address                                      City/State/Zip

E-Mail                                       Phone Number

Date

Print Name of Organization Advisor           Signature of Organization Advisor

Campus Address                               Mail Stop

E-Mail                                       Phone Number

Date

State law requires that you be informed of the following: (1) you are entitled to request to be informed about the information about yourself collected by use of this form (with a few exceptions as provided by law); (2) you are entitled to receive and review that information; and (3) you are entitled to have the information corrected at no charge to you."